# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA
# (PHILADELPHIA)

| | |
|---|---|
| IN RE:<br><br>    DOUGLAS J. ROSENBAUM<br>                    DEBTOR | CHAPTER 13<br><br>CASE NUMBER: 18-10188-JKF |

## NOTICE OF APPEARANCE

**Charles Schwab Bank, N.A.**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Christopher M. McMonagle, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Suite 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

Dated: April 11, 2018

By:    */s/ Christopher M. McMonagle, Esquire*
Christopher M. McMonagle, Esquire, Bar No: 316043
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
cmcmonagle@sterneisenberg.com
Attorney for Creditor

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance has been sent by electronic means via the Court's CM/ECF notification system on April 11, 2018, to the following:

Diana M. Dixon
Dixon Law Offices
107 N. Broad Street
Suite 307
Doylestown, PA 18901
dianamdixonesq@gmail.com
*Attorney for Debtor(s)*

Frederick L. Reigle
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606
ecfmail@fredreiglech13.com
*Chapter 13 Trustee*

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107
*U.S. Trustee*

and by standard first class mail postage prepaid to:

Douglas J. Rosenbaum
196 Anselm Drive
Richboro, PA 18954
*Debtor*

Dated: April 11, 2018

                                          By:   */s/ Christopher M. McMonagle, Esquire*
                                                  Christopher M. McMonagle, Esquire, Bar No: 316043
                                                  Stern & Eisenberg, PC
                                                  1581 Main Street, Suite 200,
                                                  Warrington, PA 18976
                                                  Phone: (215) 572-8111
                                                  Fax: (215) 572-5025
                                                  cmcmonagle@sterneisenberg.com
                                                  Attorney for Creditor