## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Douglas J. Rosenbaum              Bankruptcy No. 18-10188

　　　　　　　　Debtor                              Chapter 13

## CERTIFICATION OF SERVICE

　　　Diana M. Dixon, Esquire, hereby verifies that she is the attorney for the Debtor in the above-captioned matter; that on **July 7, 2018** pursuant to the Local Rules for Pennsylvania Eastern District Bankruptcy Court, she did send by electronic means or by regular mail  a copy of the First Amended Plan to all  creditors listed on the matrix and parties in interest.

　　　The Deponent verifies that the statements herein are true and correct, and understands that false statements herein are made subject to the penalties of 18 Pa. C.S. 4904, relating to unsworn falsification to authorities.

　　　　　　　　　　　　　　　　　　　S/Diana M. Dixon, Esquire
　　　　　　　　　　　　　　　　　　　Diana M. Dixon, Esquire