STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
(COUNSEL FOR MOVANT)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>Douglas J. Rosenbaum<br><br>Debtor(s) | Chapter 13<br><br>Bankruptcy Case: 18-10188-jkf<br><br>Judge: Jean K. FitzSimon |

**PRAECIPE TO MARK OBJECTION TO PLAN CONFIRMATION MOOT**

Kindly mark the Creditor's Objection to Plan Confirmation filed on 02/06/2018, Document #11, on behalf of Charles Schwab Bank moot as Debtor filed an Amended Plan.

Respectfully Submitted,

**_/s/ Christopher M. McMonagle, Esquire_**
Christopher M. McMonagle, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
Warrington, PA 18976
(215) 572-8111
Fax: (215) 572-5025
cmcmonagle@sterneisenberg.com
Counsel for Creditor

Date: July 20, 2018

STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
(COUNSEL FOR MOVANT)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Douglas J. Rosenbaum | Bankruptcy Case:  18-10188-jkf |
| Debtor(s) | Judge: Jean K. FitzSimon |

**CERTIFICATE OF SERVICE**

  I, Christopher M. McMonagle, Esquire, hereby certify that a true and correct copy of the foregoing Praecipe to Mark Objection to Plan Confirmation Moot has been sent by electronic means via the Court's CM/ECF notification system this 20th day of July, 2018, to the following:

William Miller, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606
wcmiller@ramapo.com

Diana M. Dixon, Esquire
107 N. Broad Street
Suite 307
Doylestown, PA 18901
dianamdixonesq@gmail.com

and by standard first class mail postage prepaid to:

Douglas J. Rosenbaum
196 Anselm Drive
Richboro, PA 18954

Date: July 20, 2018

STERN & EISENBERG, PC
*/s/ Christopher M. McMonagle, Esquire*
Christopher M. McMonagle, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
Warrington, PA 18976
(215) 572-8111
Fax: (215) 572-5025
cmcmonagle@sterneisenberg.com
Counsel for Creditor