**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
|  | : | Chapter 13 |
| **Douglas J. Rosenbaum,** | : |  |
| Debtor. | : | Case No. 18-10188 (JKF) |
| _____ |  |  |
| **Douglas J. and Dana L. Rosenbaum,** | : |  |
| Plaintiffs, | : |  |
| v. | : |  |
| **Charles Schwab Bank, N.A.** | : |  |
| Defendant. | : | Adversary No. 18-0105 |
| _____ |  |  |

**ORDER DENYING DEFENDANT'S MOTION TO DISMISS AND SCHEDULING CONTINUED HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY IN THE MAIN BANKRUPTCY CASE**

AND NOW, this 2nd day of September, 2018, upon consideration of Defendant Charles Schwab Bank, N.A. ("Schwab" or "Defendant")'s, Motion to Dismiss the Complaint (doc. no 6, "Motion"):

And upon consideration of the factual and legal background;

And for the reasons stated in the accompanying Statement;

It is hereby **ORDERED** that the Motion is **denied**. It is further **ordered** that the Defendant must file an Answer to the Complaint on or before October 4, 2018.

It is further **ORDERED** that a continued hearing in the <u>main bankruptcy case</u> regarding Schwab's Motion from Relief from Stay (doc. no. 18 in the main case) will be held on **Tuesday September 18, 2018** at **2:00 p.m.** in Bankruptcy Courtroom #3, Robert N.C. Nix, Sr., Federal Building & Courthouse, 900 Market Street, 2nd Floor,

Philadelphia, Pennsylvania.

_____
JEAN K. FITZSIMON
United States Bankruptcy Judge