United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-10188-jkf
Douglas J. Rosenbaum                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 1           Date Rcvd: Sep 04, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 06, 2018.
db             +Douglas J. Rosenbaum,    196 Anselm Drive,    Richboro, PA 18954-2031

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 4, 2018 at the address(es) listed below:
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    Charles Schwab Bank, N.A.,
               cmcmonagle@sterneisenberg.com,   bkecf@sterneisenberg.com
              CHRISTOPHER M. MCMONAGLE    on behalf of Defendant    Charles Schwab Bank, N.A.
               cmcmonagle@sterneisenberg.com,   bkecf@sterneisenberg.com
              CHRISTOPHER M. MCMONAGLE    on behalf of     Charles Schwab Bank, N.A.,
               cmcmonagle@sterneisenberg.com,   bkecf@sterneisenberg.com
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    Charles Schwab Bank c/o Quicken Loans, Inc.
               cmcmonagle@sterneisenberg.com,   bkecf@sterneisenberg.com
              DIANA M. DIXON    on behalf of Debtor Douglas J. Rosenbaum dianamdixonesq@gmail.com
              DIANA M. DIXON    on behalf of Plaintiff Douglas J. Rosenbaum dianamdixonesq@gmail.com
              DIANA M. DIXON    on behalf of Plaintiff Dana L. Rosenbaum dianamdixonesq@gmail.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    Charles Schwab Bank, N.A.,
               wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    Charles Schwab Bank c/o Quicken Loans, Inc.
               wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
                                                                                             TOTAL: 14

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
|  | : | **Chapter 13** |
| **Douglas J. Rosenbaum,** | : |  |
| Debtor. | : | Case No. 18-10188 (JKF) |
| _____ |  |  |
| **Douglas J. and Dana L. Rosenbaum,** | : |  |
| Plaintiffs, | : |  |
| v. | : |  |
| **Charles Schwab Bank, N.A.** | : |  |
| Defendant. | : | Adversary No. 18-0105 |
| _____ |  |  |

**ORDER DENYING DEFENDANT'S MOTION TO DISMISS AND SCHEDULING CONTINUED HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY IN THE MAIN BANKRUPTCY CASE**

AND NOW, this 2nd day of September, 2018, upon consideration of Defendant Charles Schwab Bank, N.A. ("Schwab" or "Defendant")'s, Motion to Dismiss the Complaint (doc. no 6, "Motion"):

And upon consideration of the factual and legal background;

And for the reasons stated in the accompanying Statement;

It is hereby **ORDERED** that the Motion is **denied**. It is further **ordered** that the Defendant must file an Answer to the Complaint on or before October 4, 2018.

It is further **ORDERED** that a continued hearing in the <u>main bankruptcy case</u> regarding Schwab's Motion from Relief from Stay (doc. no. 18 in the main case) will be held on **Tuesday September 18, 2018** at **2:00 p.m.** in Bankruptcy Courtroom #3, Robert N.C. Nix, Sr., Federal Building & Courthouse, 900 Market Street, 2nd Floor,

Philadelphia, Pennsylvania.

_____
JEAN K. FITZSIMON
United States Bankruptcy Judge