United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 18-10188-jkf
Douglas J. Rosenbaum                                                     Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: Virginia            Page 1 of 1              Date Rcvd: Dec 03, 2018
                               Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2018.
db             +Douglas J. Rosenbaum,    196 Anselm Drive,    Richboro, PA 18954-2031

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2018 at the address(es) listed below:
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    Charles Schwab Bank, N.A.,
               cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
              CHRISTOPHER M. MCMONAGLE    on behalf of Defendant    Charles Schwab Bank, N.A.
               cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
              CHRISTOPHER M. MCMONAGLE    on behalf of    Charles Schwab Bank, N.A.,
               cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    Charles Schwab Bank c/o Quicken Loans, Inc.
               cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
              DIANA M. DIXON   on behalf of Debtor Douglas J. Rosenbaum dianamdixonesq@gmail.com
              DIANA M. DIXON   on behalf of Plaintiff Douglas J. Rosenbaum dianamdixonesq@gmail.com
              DIANA M. DIXON   on behalf of Plaintiff Dana L. Rosenbaum dianamdixonesq@gmail.com
              FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    Charles Schwab Bank, N.A.,
               wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    Charles Schwab Bank c/o Quicken Loans, Inc.
               wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                             TOTAL: 14

ℓ EISENBERG, PC
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### (PHILADELPHIA)

| IN RE:<br><br>DOUGLAS J. ROSENBAUM<br>DEBTOR<br><br>DANA L. ROSENBAUM<br>(NON-FILING CO-MORTGAGOR) | CHAPTER 13<br><br>CASE NUMBER: 18-10188-JKF |
|---|---|

## ORDER

AND NOW, this __1st__ day of __December__, 2018, upon motion of Charles Schwab Bank, N.A., (hereafter "Movant") and after hearing held ~~and consideration of all evidence, arguments and briefs of Counsel~~, it is ORDERED ~~AND DECREED~~ that Movant, (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 (and §1301) to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"):  196 ANSELM DRIVE, RICHBORO, PA 18954 . This relief applies to the Co-Mortgagor, Dana L. Rosenbaum.

BY THE COURT:

_Jean K. FitzSimon_

UNITED STATES BANKRUPTCY JUDGE

Jean K. FitzSimon